# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Tammy S. Green

      v.                        Civil No. 11-cv-300-JL

Sears Holding Corporation

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibits in Support of the Addendum/Documents in Support of the Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibits in Support of the Addendum/Documents in Support of Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                  */s/ Landya B. McCafferty*
                                  Landya B. McCafferty
                                  United States Magistrate Judge

Date:  August 23, 2011

cc:     Tammy S. Green, pro se