UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tammy S. Green

      v.                      Civil No. 11-cv-300-JL

Sears Holding Corporation


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 3, 2012.

SO ORDERED.

                                          /s/ Joseph N. Laplante
                                          Joseph N. Laplante
                                          United States District Judge

February 29, 2012

cc: Tammy S. Green, pro se